IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

| | |
|---|---|
| COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC., a Florida Corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | ) No. 16-cv-80959 |
| v. | ) Judge Donald M. Middlebrooks |
| APEX ENERGETICS, INC., d/b/a APEXSEMINARS, INC., and JOHN DOES 1-12 | )<br>)<br>)<br>) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Comprehensive Health Care Systems Of The Palm Beaches, Inc. ("Plaintiff"), pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (i) and, as this action was filed as a class action, under Fed. R. Civ. P. 23, hereby voluntarily dismisses this action without prejudice, and without taxation of costs.

June 27, 2016

Respectfully submitted,

COMPREHENSIVE HEALTH CARE SYSTEMS OF THE PALM BEACHES, INC., a Florida Corporation, individually and as the representative of a class of similarly-situated persons

By:   /s/ Phillip A. Bock

Phillip A. Bock (Fla. Bar No. 93895)
Bock, Hatch, Lewis & Oppenheim, LLC
P.O. Box 41674
Miami Beach, FL 33141
Telephone: 312/658-5500
Fax: 312/658-5555

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2016, I caused the foregoing to be filed using the Court's CM/ECF system which will send notification of such filing to all counsel of record.

In addition, I caused the foregoing to be mailed to Mark D. Schellhase at 225 N.E. Mizner Blvd., Suite 500, Boca Raton, FL 33432 and to be sent via electronic mail to mark.schellhase@gray-robinson.com.

/s/ Phillip A. Bock