UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80959-CIV-MIDDLEBROOKS

COMPREHENSIVE HEALTH CARE
SYSTEMS OF THE PALM
BEACHES, INC.,

    Plaintiffs,

v.

APEX ENERGETICS, INC., d/b/a
APEXSEMINARS, INC., and
JOHN DOES 1-12,

    Defendants.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Dismissal Without Prejudice (DE 9), filed on June 27, 2016. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not served an answer or a motion for summary judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Clerk of Court shall **CLOSE** this **CASE**. All pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 28 day of June, 2016.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record